■ HERMAN BARRETT et al., Respondents, v. AARON TWERSKY et al., Defendants, and BERNARD TUCHMAN et al., Appellants. AARON TWERSKY, Respondent, v. BERNARD TUCHMAN et al., Appellants, et al., Defendant. (And Two Other Titles.) —

 Christ,
P. J., Rabin, Hopkins, Munder and Benjamin, JJ., concur.